UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: Manners, Terry Lee )
) Case No.: 10-81782
Manners, Mary Ellen ) Chapter 13
Debtor(s) )

## AMENDED PLAN AND SUMMARY, NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN AND STATEMENT OF CHANGES TO PROVISIONS OF SECURED CLAIMS

**COMES NOW**, the Debtor(s) and file their Amended Summary of Plan, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims:

1. The Debtors have attached hereto their Amended Plan and Summary, which provides for a term of 60 months.

2. All terms contained in the Original Plan (except the Summary) filed on 10-6-10, are incorporated by reference.

3. Pursuant to 11 U.S.C. § 1323(b) the modifications contained in the Amended Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

4. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| CREDITOR | COLLATERAL | DESCRIPTION OF THE CHANGE |
|---|---|---|
| Acquira Loan Services | Homestead | Will receive the regular monthly payments of $313.41. The pre-petition arrearage claim of $6,620.18 and the post-petition arrearage claim of $313.41 will be paid in full without interest over the life of the plan. |
| Western Shamrock Finance | 1998 Pontiac Trans minivan | The secured claim of $926.00 will receive 6.00% interest, 20 monthly payments of $49.01. |

Dated: 2-25-11

/s/ Jimmy L. Veith_____

**AN AMENDED SUMMARY OF PLAN IS ATTACHED HERETO.**

# Summary of Plan

Use for Original and Amended Plans

Debtor(s): Manners, Terry & Mary   Case No. 10-81782   Dated: 2/25/2011

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 1998 Pontiac Trans Sport minivan | Western Shamrock Finance | $ 926.00 | 882-9 | 6.0000% | 1 | 20 | $49.01 | Trustee | 20 | $980.26 |
| I.A. | | | | | | | | | | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Homestead | Acqura Loan Services | $ 36,892.59 | 207217 | contract | 1 | 60 | $313.41 | Trustee | 60 | $18,804.60 |
| II.B. | Homestead | Acqura Loan Services | $ 6,620.18 | 207217 | 0.0000% | 6 | 60 | $120.37 | Trustee | 55 | $6,620.18 |
| II.B. | Homestead | Acqura Loan Services | $ 313.41 | 207217 | 0.0000% | 6 | 60 | $5.70 | Trustee | 55 | $313.41 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| III.D. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Jimmy L. Veith, P.C. | | | | | | | Trustee | | $2,274.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $28,992.45 |

| | Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|---|
| **Class V Executory Contracts:** | 36 | 60 | 1 | 1 | $1,614.00 | Debtor | 1 | $1,614.00 |
| There are no other executory contracts. | | | 2 | 4 | $0.00 | Debtor | 3 | $0.00 |
| | | | 5 | 60 | $547.00 | Debtor | 56 | $30,632.00 |
| | | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $32,246.00 |
| Trustee Fee (10%) | $3,224.60 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $28,992.45 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $0.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $28.95 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| Amount available to all Creditors under Chapter 7: | $0.00 |
| Total Priority Claims: | $0.00 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Amount Debtor Proposes to Pay to Class IV.C. Claims: (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $0.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $45,819 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $45,819 |
| Required Amount to Class IV.C. Claims | $0.00 |
| Estimated Percentage to Class IV.C. Claims: | 0.00% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $19,118.00 |
| Less Trustee Fee: | $1,911.80 |
| Less payments to Creditors: | $28,992.45 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**

Form SP Post-Act 05092008

Case 10-81782   Doc 27   Filed 02/25/11   Entered 02/25/11 09:58:40   Desc Main
Document      Page 2 of 2

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.